IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RONALD CORBITT<br>    Plaintiff,<br><br><br>THOMAS HORNER, et al.,<br>    Defendants. | CIVIL ACTION<br><br>NO.   16-5450 |
|---|---|

## ORDER

And NOW, this 15th day of November 2016, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** as follows:

(1) Plaintiff's Motion to Remand (ECF No. 2) is **GRANTED**;

(2) The case is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania; and

(3) Defendants' Motion to Dismiss (ECF No. 3) is **DENIED** as moot.

The clerk of court shall close this case.

BY THE COURT:

/s/ Michael M. Baylson
**Michael M. Baylson, U.S.D.J.**